**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-01-1027-2-PHX-FJM |
| Plaintiff, | |
| vs. | |
| Henry Gustavo Rivera, | **ORDER** |
| Defendant. | |

A pretrial revocation hearing on the superseding Petition to Revoke Conditions of Release was held on October 16, 2007.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the term and condition of his release to report to Pretrial Services as directed.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions or combination of conditions of release if Defendant were released.

1   **IT IS ORDERED** that the Defendant shall remain detained pending further order of
2   the court.

3   DATED this 25th day of October, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge